# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) No. 1:13-cr-00070-TWP-DKL |
| JACKIE H. RICHARDSON (01), | ) ) |
| Defendant. | ) |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

On February 24, 2014, this Court heard oral argument regarding Defendant's Motion to Dismiss Indictment. The Court **DENIED** Defendant's Motion to Dismiss Indictment (Dkt. 49) and issued its findings of fact and conclusions of law on the record. Attached to this order is the transcript of that ruling.

Date: 02/27/2014

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Matthew Rinka
UNITED STATES ATTORNEY'S OFFICE
matthew.rinka@usdoj.gov

Gwendolyn M. Beitz
INDIANA FEDERAL COMMUNITY DEFENDERS
gwendolyn_beitz@fd.org